# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH DANIHEL** | : **CIVIL ACTION** |
| | : |
| v. | : |
| | : **NO. 14-6880** |
| **OFFICE OF THE PRESIDENT, et al.** | : |

## ORDER

**AND NOW**, this 29th day of April 2015, upon consideration of this Court's January 7, 2015 Dismissal Order (ECF Doc. No. 8), March 13, 2015 Order denying Plaintiff's five Motions challenging this Court's authority (ECF Doc. No. 34), April 20, 2015 Order to Show Cause as to why this Court should not enter a narrow pre-filing injunction (ECF Doc. No. 57), Plaintiff's response to the Rule to Show Cause (ECF Doc. No. 62),Plaintiff's eighteen (18) written requests for Court intervention following our March 13, 2015 Order (ECF Doc. Nos. 35, 37-38, 41-55); Plaintiff's Motions now before this Court styled as Motions for Contempt or other Orders by the Plaintiff (ECF Doc. Nos. 42, 43, 48,49 and 53); the Congressional Defendants' renewed Motion for an Order to Show Cause (ECF Doc. No. 56); and, as detailed in the accompanying Memorandum, It is **ORDERED**:

1. Plaintiff's Motions for Contempt and other Relief (ECF Doc. Nos. 42, 43, 48, 49, 53) are **DENIED** as lacking merit and filed, by an alleged sovereign citizen, solely to harass and burden this Court's limited resources;

2. The Congressional Defendants' renewed Motion for an Order to Show Cause or for Relief from responding to Plaintiff's filings (ECF Doc. No. 56) is **GRANTED in part** as detailed herein;

3. We find: Plaintiff continually abuses the litigation process; he has been given notice in at least three (3) separate Court Orders that his claims lack merit and he must stop filing claims without merit; he was provided with the specific opportunity to address this Court's rule to show cause on a pre-filing injunction through this Court's April 20, 2015 Order; we have considered his response; and, a narrowly tailored injunction would address the specific circumstances of this case. Based on these findings, we **ORDER:**

    a. The Clerk of Court shall not accept any of Plaintiff's further filings in this matter without prior approval of this Court;

    b. Plaintiff is **hereby enjoined from commencing any new civil matters against the named Defendants** that relate, or could relate, to the subject matter of this action without leave of Court. In any such "new matter", Plaintiff shall be required to first certify that (1) the claims being presented have never before been raised or disposed of on the merits by a federal court; (2) he believes the facts contained in the Complaint to be true; and (3) there is no reason why the claims are foreclosed by controlling law. *See Nickelson v. Bush*, Civ. A. No. 00-6170, 2001 WL 752667, at *4 (E.D. Pa. July 3, 2001) (finding pre-filing injunction appropriate and imposing certification requirements); and,

    c. Any further actions taken by the Plaintiff in violation of this Order, notwithstanding his claim as a "sovereign" citizen, may result, upon petition, in a Rule to Show Cause as to why he should not be held in civil contempt and face sanctions and other penalties caused by his disregard for this Court.

**KEARNEY, J.**